IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD BENNIE FULLER,<br>TDCJ-CID NO. 1308816<br>　　　　Petitioner, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION H-08-3739 |
| NATHANIEL QUARTERMAN,<br>Director, Texas Department of<br>Criminal Justice,<br>Correctional Institutions Division,<br>　　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§ | |

## ORDER

Before the Court is Respondent Quarterman's Motion to Appear *Pro Hac Vice* with Brief in Support. After due consideration, the Court concludes it should, and hereby does, GRANT said Motion.

Accordingly, Assistant Attorney General Kelly M. Croxton is permitted to proceed *pro hac vice* in this action.

SO ORDERED.

SIGNED on this, the 1st day of May, 2009.

_____
JUDGE PRESIDING